PROB34
Revised 10/13

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | REPORT AND ORDER TERMINATING SUPERVISED RELEASE |
| v. | |
| CHRISTINA ANN JACKSON | DKT. NO. 0976 1:18CR00269-001 |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on 1/23/2024, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

Collin Graf
2024.01.22
10:48:02 -07'00'

U.S. Probation Officer

ORDER OF COURT

Considered, ordered and made a part of the record in the above case.

DATED: **January 23, 2024**

B. Lynn Winmill
U.S. District Court Judge